

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00075-CR

JEFFERY LEE MANNS, Appellant

§ On Appeal from the 396th District Court

§ of Tarrant County (1213452D)

V.

§ July 8, 2021

§ Per Curiam Memorandum Opinion

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM